**Order filed, July 26, 2016.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00378-CV

———————

### W & T OFFSHORE INC., Appellant

### V.

### LUKE MEYERS, Appellee

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2012-74366**

## ORDER

The reporter's record in this case was due **June 14, 2016**. *See* Tex. R. App. P. 35.1. On **June 23, 2016**, the court reporter filed a motion for extension of time to file the record which was granted until **July 14, 2016**. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cynthia Montalvo**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM